Richard J. Daley, Mayor and Local Liquor Control Commissioner of the City of Chicago, Plaintiff-Appellant, v. John McMullan, Licensee, and the License Appeal Commission of the City of Chicago, A. L. Cronin, Chairman, Defendants-Appellees.

Gen. No. 53,072. (Abstract of Decision.)

First District, First Division.

December 15, 1969.

 Raymond
F. Simon, Corporation Counsel of City of Chicago (Marvin E. Aspen and Stuart Sikevitz, Assistant Corporation Counsel, of counsel), for appellant; no brief for appellee. Opinion by JUSTICE BURMAN. Not to be published in full.